**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 13, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00085-CV

## QUAD SHARP, LLC, TRIAD SHARP, INC., NASIMA AHMAD, JAMIL AHMAD, AND MUNIR AHMAD, Appellants

## V.

## FREDDY J. O'PRY AND O'PRY ME INVESTMENTS DFW, LLC, Appellees

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-260971**

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 30, 2019. On September 22, 2020, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.